# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Philippe Zimmerman
Direct: 212.554.7895   Fax: 917.206.4395
pzimmerman@mosessinger.com

June 6, 2006

**BY ECF AND FACSIMILE**
**(718) 613-2185**

Hon. Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    **Forest City Ratner Companies v. John Doe**
              **Nos. 1 through 10, No. 06 CV 1102 (CPS)(KAM)**

Dear Judge Matsumoto:

We represent plaintiffs in the referenced action.

We write to respectfully request that the conference scheduled for June 8, 2006 be adjourned as plaintiffs are in the process of resolving the matter and anticipate filing a notice of dismissal within a few days.

                                            Respectfully submitted,

                                            Philippe Zimmerman

cc:    Mark Bierman, Esq. (via E-mail)
        Forest City Ratner Companies

524389v1  010287.0101