UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREST CITY RATNER COMPANIES and BRUCE RATNER, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE NOS. 1 THROUGH 10, <br><br> Defendant. | Civil Action No. <br> 06 Civ. 1102 (CPS)(KAM) <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action against defendants John Doe Nos. 1 through 10, without prejudice.

Dated: New York, New York
       June 14, 2006

                    MOSES & SINGER LLP

                    By: _____
                          Philippe Zimmerman (PZ 7744)
                    Attorneys for Plaintiffs
                    405 Lexington Avenue
                    New York, New York  10174
                    (212) 554-7800

"So Ordered"


_____
U.S.D.J.

524304v1  010287.0101