JUN 15 2006

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Philippe Zimmerman
Direct: 212.554.7895   Fax: 917.206.4395
pzimmerman@mosessinger.com

June 14, 2006

**BY HAND**

Hon. Charles P. Sifton
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

P.M. _____
TIME A.M. _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

P.M. _____
TIME A.M. _____

Re: **Forest City Ratner Companies v. John Doe Nos. 1 through 10, No. 06 CV 1102 (CPS)(KAM)**

Dear Judge Sifton:

Please find enclosed a courtesy copy of the Notice of Dismissal filed electronically today in the referenced action.  As directed by the Honorable Kiyo Matsumoto, U.S.M.J., we respectfully request that your honor "So Order" the notice.

Respectfully submitted,

Philippe Zimmerman

enc.

PZ/nm

cc:  Hon Kiyo Matsumoto, U.S.M.J.
     Mark Bierman, Esq.
     Stephen Tuttle, Esq.

So Ordered

6/19/06

525920v1  010287.0101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FOREST CITY RATNER COMPANIES and
BRUCE RATNER,

          Plaintiff,

v.

JOHN DOE NOS. 1 THROUGH 10,

          Defendant.

Civil Action No.
06 Civ. 1102 (CPS)(KAM)

**NOTICE OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 2 2 2006
P.M. _____
TIME A.M. _____

JUN 15 2006

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action against defendants John Doe Nos. 1 through 10, without prejudice.

Dated: New York, New York
      June 14, 2006

                          MOSES & SINGER LLP

                          By: _____
                             Philippe Zimmerman (PZ 7744)
                             Attorneys for Plaintiffs
                             405 Lexington Avenue
                             New York, New York 10174
                             (212) 554-7800

"So Ordered"

_____
U.S.D.J.

524304v1  010287.0101